2/9/2018 odypa.co.nueces.tx.us/PublicAccess/CaseDetail.aspx?CaseID=2450359

Skip to Main Content Logout My Account Search Menu New Civil & Family Search Refine Search Back    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2017CCV-60993-4

| | | |
|---|---|---|
| Martin Enriquez, Jr.,Daniel Martinez,Irene Gonzalez vs. Lasko Products, Inc.,American Electric Power Service Corporation,Leggett and Platt, Incorporated, et al | § § § § § | Case Type: Injury or Damage - Other<br>Date Filed: 05/24/2017<br>Location: CCAL4 |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| Defendant | American Electric Power Service Corporation | |
| Defendant | Hernandez, Carlos | Pro Se |
| Defendant | Lasko Products, Inc. | |
| Defendant | Leggett and Platt, Incorporated | |
| Plaintiff | Enriquez, Martin, Jr. | Douglas A. Allison<br>*Retained*<br>361-888-6002(W) |
| Plaintiff | Gonzalez, Irene  Individually and on Behalf of Angelita M. Enriquez (Deceased)  Individually and on Behalf of Martin Enrique, Sr. (Deceased) | Douglas A. Allison<br>*Retained*<br>361-888-6002(W) |
| Plaintiff | Martinez, Daniel | Douglas A. Allison<br>*Retained*<br>361-888-6002(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event | | | |
|---|---|---|---|---|
| 05/24/2017 | Original Petition (OCA) | | | |
| 05/24/2017 | Original Petition Documents E-filed<br>*Plaintiffs Original Complaint* | | | |
| 05/24/2017 | Civil Case Information Sheet | | | |
| 05/24/2017 | Service Request Information Sheet<br>*Service Requested* | | | |
| 05/24/2017 | Jury Fee Paid | | | |
| 06/06/2017 | Citation | | | |
| | Hernandez, Carlos | Served<br>Response Due<br>Returned | 07/21/2017<br>08/14/2017<br>07/21/2017 | |
| 07/06/2017 | Motion<br>*Motion for Substituted Service* | | | |
| 07/06/2017 | Affidavit<br>*Affidavit in Support for Substituted Service* | | | |
| 07/06/2017 | Proposed Order<br>*Order for Substituted Service* | | | |
| 07/12/2017 | Order (Judicial Officer: Woerner, Mark H. )<br>*Order for Substituted Service* | | | |
| 07/21/2017 | Proof of Service<br>*Citation - Carlos Hernandez* | | | |
| 01/02/2018 | Amended Petition<br>*Plaintiffs First Amended Original Petition* | | | |
| 01/02/2018 | Service Request Information Sheet<br>*Service Requested* | | | |
| 01/22/2018 | Citation | | | |
| | Lasko Products, Inc. | Served<br>Response Due<br>Returned | 01/24/2018<br>02/19/2018<br>01/30/2018 | |
| | American Electric Power Service Corporation | Served<br>Response Due<br>Returned | 01/29/2018<br>02/19/2018<br>02/07/2018 | |
| | Leggett and Platt, Incorporated | Unserved | | |
| 01/22/2018 | Original Answer<br>*Defendant's original answer* | | | |


EXHIBIT B

FINANCIAL INFORMATION

**Plaintiff** Enriquez, Martin, Jr.
Total Financial Assessment     584.00
Total Payments and Credits     584.00
**Balance Due as of 02/09/2018**     **0.00**

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 05/25/2017 | Transaction Assessment | | | 320.00 |
| 05/25/2017 | E-file Payment | Receipt # 2017-9416-DCCLK | Enriquez, Martin | (320.00) |
| 01/05/2018 | Transaction Assessment | | | 264.00 |
| 01/05/2018 | E-file Payment | Receipt # 2018-285-DCCLK | Enriquez, Martin | (264.00) |