CERTIFIED MAIL

7017 1000 0000 6807 6579

ANNE LORENTZ
NUECES COUNTY DISTRICT CLERK
P.O. BOX 2987
CORPUS CHRISTI, TX 78403

THIS ENVELOPE CONTAINS
*IMPORTANT*
LEGAL INSTRUMENTS FOR YOUR SAFEKEEPING

U.S. POSTAGE >> PITNEY BOWES
ZIP 78412 $ 007.62⁰
02 4W
0000346919 JAN. 22. 2018

Leggett and Platt, Inc.
c/o CT Corporation System
1999 Bryan St. Ste. 900
Dallas, TX. 75201-3136

EXHIBIT
C

Citation for Personal Service – RESIDENT NOTICE (CERTIFIED MAIL)     COPY

Case Number: **2017CCV-60993-4**

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Leggett And Platt, Incorporated**
**By Serving It's Registered Agent, CT Corporation System**
**1999 Bryan St Suite 900, Dallas Tx 75201-3136**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiffs' First Amended Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Mark H. Woerner, County Court at Law #4** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said First Amended Original Petition was filed on the 2nd day of January, 2018. A copy of same accompanies this citation.
The file number of said suit being Number: **2017CCV-60993-4**

The style of the case is: **Martin Enriquez, Jr., Daniel Martinez, Irene Gonzalez vs. Lasko Products, Inc., American Electric Power Service Corporation, Leggett and Platt, Incorporated, et al**

Said First Amended Original Petition was filed in said court by **Douglas A. Allison**, attorney for Plaintiff, whose address is 403 N Tancahua Corpus Christi Tx 78401 .

The nature of the demand is fully shown by a true and correct copy of the First Amended Original Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 22nd day of January, 2018.

ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY, TEXAS
901 LEOPARD STREET, ROOM 313
CORPUS CHRISTI, TEXAS 78401

BY: _Yvonne N. Garcia_ , Deputy
Yvonne N. Garcia