# IN THE UNITES STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased) | § § § § § § | |
| vs. | § § | **Civil Action No.** **Jury** |
| LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § | |

## DEFENDANT, AMERICAN ELECTRIC POWER SERVICE CORPORATION'S CONSENT TO REMOVAL OF ACTION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, American Electric Power Service Corporation, consents to Defendant, Leggett and Platt, Incorporated's removal of this cause from the County Court at Law No. 4 of Nueces County, Texas (Cause No. 2017-CCV-60993-4) to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Respectfully submitted,

SCHAUER & SIMANK, P.C.
615 N. Upper Broadway, Suite 700
Corpus Christi, Texas 78401-0781
Ph      : 361.884.2800
Fax     : 361.884.2822
Email  : dschauer@cctxlaw.com

G. Don Schauer
State Bar No. 17733298
Federal Bar No. 7641
**ATTORNEYS FOR DEFENDANT,**
**AMERICAN ELECTRIC POWER SERVICE**
**CORPORATION**

EXHIBIT

D

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased) | § § § § § § | |
| vs. | § § § | **Civil Action No.** **Jury** |
| LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § | |

## DEFENDANT LASKO PRODUCTS, INC.'S
## CONSENT TO REMOVAL OF ACTION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Defendant Lasko Products, Inc., consents to Defendant, Leggett and Platt, Incorporated's removal of this cause from the County Court at Law No. 4 of Nueces County, Texas (Cause No. 2017-CCV-60993-4) to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Respectfully submitted,

_____
SCOTT W. SELF
State Bar No. 24033176
**ATTORNEYS FOR DEFENDANT,**
**LASKO PRODUCTS, INC.**

OF COUNSEL:

Scott W. Self
**FEE, SMITH, SHARP & VITULLO**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
T: 972-934-9100
F: 972-934-9200
sself@feesmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel via E-Filing Notification System:

**Douglas Allison**
**LAW OFFICES OF DOUGLAS ALLISON**
403 N. Tancahua Street
Corpus Christi, Texas 78401
and
**Gregory Gowan**
**GOWAN ELIZONDA, LLP**
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
**ATTORNEYS FOR PLAINTIFFS**

**P. Clark Aspy**
**Bradley K. Douglas**
**NAMAN, HOWELL, SMITH & LEE, PLLC**
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Phone: 512-479-0300
Fax: 512-474-1901
aspy@namanhowell.com
bdouglas@namanhowell.com
**ATTORNEYS FOR LEGGETT AND PLATT INCORPORATED**

**G. Don Schauer**
**SCHAUER & SIMANK, P.C.**
615 North Upper Broadway Street, Suite 2000
Corpus Christi, TX 78401
Phone: 361-884-2800
Fax: 361-884-2822
dschauer@cctexlaw.com
**ATTORNEYS FOR ELECTRIC POWER SERVICE CORPORATION**

**Carlos Hernandez**
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177
**PRO SE DEFENDANT**

_____
SCOTT W. SELF

Doc# 65L7072.DOCX