IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased) § § § § § § | § § | |
| vs. | § § | Civil Action No. 2:18-CV-57 Jury |
| LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § § | |

## INDEX OF MATTERS BEING FILED

1. Defendants' Notice of Removal with the following attachments;

    1. Civil Cover Sheet JS 44C
    2. Supplement to JS44 Civil Cover Sheet
    3. Plaintiff's Original Complaint
    4. Plaintiff's First Amended Original Petition
    5. Defendants' Original Answer
    6. States Docket Sheet

2. Supplement to JS44 Civil Cover Sheet

3. List of All Counsel of Record;

4. Certificate of Interested Parties;

5. Defendants' Original Answer to Plaintiff's Original Petition;

6. Defendants' Jury Demand;

7. Notice to Court that all Removal documents were served on all Parties/Counsel;

8. Copy of Defendant's Notice of Filing to Remove Cause to USDC, which has been filed with the District Clerk's office.

Doc# 65L7377.DOC



EXHIBIT E

Respectfully submitted,

*/s/ P. Clark Aspy*
P. CLARK ASPY
State Bar No. 01394170
BRADLEY K. DOUGLAS
State Bar No. 06039750
**ATTORNEYS FOR DEFENDANT
LEGGETT AND PLATT INCORPORATED**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Facsimile: (512) 474-1901
aspy@namanhowell.com
bdouglas@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

G. Don Schauer
State Bar No.
Federal Bar No.
SCHAUER & SIMANK, P.C.
615 North Upper Broadway Street, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 884-2800
Facsimile: (361) 884-2822
dschauer@cctexlaw.com
**ATTORNEYS FOR DEFENDANT,
ELECTRIC POWER SERVICE CORPORATION**

Douglas Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS ALLISON
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
doug@dallisonlaw.com

and

Doc# 65L7377.DOC

Gregory Gowan
State Bar No. 00795384
GOWAN ELIZONDA, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Facsimile: (361) 651-1001
ggowan@gelawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

Scott W. Self
FEE, SMITH, SHARP & VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Phone: 972-934-9100
Fax: 972-934-9200
sself@feesmith.com
**ATTORNEYS FOR LASKO PRODUCTS, INC.**

Carlos Hernandez
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177
**PRO SE DEFENDANT**

*/s/ P. Clark Aspy*
P. CLARK ASPY
BRAD K. DOUGLAS