IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased)<br><br>vs.<br><br>LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § § § § § § § § § § | Civil Action No. 2:18-CV-59<br>Jury |

## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Now comes Defendants, **LEGGETT AND PLATT, INCORPORATED** in the above-styled and numbered cause, and files this certificate stating that they are unaware of any other parties, aside from the parties and their counsel in this litigation as identified below, that are financially interested in the outcome of this litigation.

1. Plaintiffs, Martin Enriquez, Jr., Daniel Martinez, and Irene Gonzalez, Individually and on behalf of Martin Enriquez, Sr. (Deceased) and Angelita M. Enriquez (Deceased) – their attorneys of record:

Douglas Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS ALLISON
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
doug@dallisonlaw.com

Gregory Gowan
State Bar No. 00795384



EXHIBIT F

Doc# 65L7493.DOCX

GOWAN ELIZONDA, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Facsimile: (361) 651-1001
ggowan@gelawfirm.com

2. Defendant, Electric Power Service Corporation – their attorneys of record:

G. Don Schauer
State Bar No.
Federal Bar No.
SCHAUER & SIMANK, P.C.
615 North Upper Broadway Street, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 884-2800
Facsimile: (361) 884-2822
dschauer@cctexlaw.com

3. Defendant, Lasko Products, Inc.

Scott W. Self
FEE, SMITH, SHARP & VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Phone: 972-934-9100
Fax: 972-934-9200
sself@feesmith.com

4. Pro Se Defendant

Carlos Hernandez
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177

Respectfully submitted,

_____
P. CLARK ASPY
State Bar No. 01394170
BRADLEY K. DOUGLAS
State Bar No. 06039750
**ATTORNEYS FOR DEFENDANTS
LEGGETT AND PLATT INCORPORATED**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Facsimile: (512) 474-1901
aspy@namanhowell.com
bdouglas@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

G. Don Schauer
State Bar No.
Federal Bar No.
SCHAUER & SIMANK, P.C.
615 North Upper Broadway Street, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 884-2800
Facsimile: (361) 884-2822
dschauer@cctexlaw.com
**ATTORNEYS FOR DEFENDANT,
ELECTRIC POWER SERVICE CORPORATION**

Douglas Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS ALLISON
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
doug@dallisonlaw.com

and

Gregory Gowan
State Bar No. 00795384
GOWAN ELIZONDA, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Facsimile: (361) 651-1001
ggowan@gelawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

Scott W. Self
FEE, SMITH, SHARP & VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Phone: 972-934-9100
Fax: 972-934-9200
sself@feesmith.com
**ATTORNEYS FOR LASKO PRODUCTS, INC.**

Carlos Hernandez
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177
**PRO SE DEFENDANT**


*/s/ P. Clark Aspy*
P. CLARK ASPY
BRAD K. DOUGLAS