IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased)<br><br>vs.<br><br>LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § § § § § § § § § § | Civil Action No. 2:18-CV-57<br>Jury |

## LIST OF ALL COUNSEL OF RECORD

1) Douglas Allison
   State Bar No. 01083500
   LAW OFFICES OF DOUGLAS ALLISON
   403 N. Tancahua Street
   Corpus Christi, Texas 78401
   Telephone: (361) 888-6002
   Facsimile: (361) 888-6651
   doug@dallisonlaw.com

   Gregory Gowan
   State Bar No. 00795384
   GOWAN ELIZONDA, LLP
   555 N. Carancahua, Suite 1400
   Corpus Christi, Texas 78401
   Telephone: (361) 651-1000
   Facsimile: (361) 651-1001
   ggowan@gelawfirm.com

   **ATTORNEYS FOR MARTIN ENRIQUEZ, JR., DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTINE ENRIQUEZ, SR. (Deceased) and ANGELITA M. ENRIQUEZ (Deceased)**


EXHIBIT G

Doc# 65L7492.DOCX

2.)  G. Don Schauer
    State Bar No.
    Federal Bar No.
    SCHAUER & SIMANK, P.C.
    615 North Upper Broadway Street, Suite 2000
    Corpus Christi, Texas 78401
    Telephone: (361) 884-2800
    Facsimile: (361) 884-2822
    dschauer@cctexlaw.com
    **ATTORNEY FOR DEFENDANT, ELECTRIC POWER SERVICE CORPORATION**


3.)  Scott W. Self
    FEE, SMITH, SHARP & VITULLO
    Three Galleria Tower
    13155 Noel Road, Suite 1000
    Dallas, Texas 75240
    Phone: 972-934-9100
    Fax: 972-934-9200
    sself@feesmith.com
    **ATTORNEYS FOR DEFENDANT, LASKO PRODUCTS, INC.**


4.)  Carlos Hernandez
    3614 Cub Street
    Corpus Christi, Texas 78405
    Phone: 361-730-3177
    **PRO SE DEFENDANT**

Respectfully submitted,

*/s/ P. Clark Aspy*
P. CLARK ASPY
State Bar No. 01394170
BRADLEY K. DOUGLAS
State Bar No. 06039750
**ATTORNEYS FOR DEFENDANT**
**LEGGETT AND PLATT INCORPORATED**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Facsimile: (512) 474-1901
aspy@namanhowell.com
bdouglas@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

G. Don Schauer
State Bar No.
Federal Bar No.
SCHAUER & SIMANK, P.C.
615 North Upper Broadway Street, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 884-2800
Facsimile: (361) 884-2822
dschauer@cctexlaw.com
**ATTORNEYS FOR DEFENDANT,**
**ELECTRIC POWER SERVICE CORPORATION**

Douglas Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS ALLISON
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
doug@dallisonlaw.com

Doc# 65L7492.DOCX

and

Gregory Gowan
State Bar No. 00795384
GOWAN ELIZONDA, LLP
555 N. Carancahua, Suite 1400
Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Facsimile: (361) 651-1001
ggowan@gelawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

Scott W. Self
FEE, SMITH, SHARP & VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Phone: 972-934-9100
Fax: 972-934-9200
sself@feesmith.com
**ATTORNEYS FOR LASKO PRODUCTS, INC.**

Carlos Hernandez
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177
**PRO SE DEFENDANT**


*/s/ P. Clark Aspy*
P. CLARK ASPY
BRAD K. DOUGLAS