IN THE UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARTIN ENRIQUEZ, JR, DANIEL MARTINEZ, and IRENE GONZALEZ, Individually and on behalf of MARTIN ENRIQUEZ, SR. (deceased) and ANGELITA M. ENRIQUES (deceased) <br><br> vs. <br><br> LASKO PRODUCTS, INC.; AMERICAN ELECTRIC POWER SERVICE CORPORATION; LEGGETT AND PLATT, INCORPORATED; and CARLOS HERNANDEZ | § § § § § § § § § § § § § § § <br><br> Civil Action No. 2:18-cv-57 <br> Jury |

## DEFENDANT, LEGGETT AND PLATT, INCORPORATED'S JURY DEMAND

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

**LEGGETT AND PLATT, INCORPORATED**, one of the Defendants in the above styled and numbered cause, respectfully demands that this case be tried before a jury.

Respectfully submitted,

/s/ P. Clark Aspy
P. CLARK ASPY
State Bar No. 01394170
BRADLEY K. DOUGLAS
State Bar No. 06039750
**ATTORNEYS FOR DEFENDANT
LEGGETT AND PLATT INCORPORATED**



Doc# 65L7496.DOCX

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
8310 Capital of Texas Highway North, Suite 490
Austin, Texas 78731
Telephone: (512) 479-0300
Facsimile: (512) 474-1901
aspy@namanhowell.com
bdouglas@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel *via facsimile*:

G. Don Schauer
State Bar No.
Federal Bar No.
SCHAUER & SIMANK, P.C.
615 North Upper Broadway Street, Suite 2000
Corpus Christi, Texas 78401
Telephone: (361) 884-2800
Facsimile: (361) 884-2822
dschauer@cctexlaw.com
**ATTORNEYS FOR DEFENDANT,
ELECTRIC POWER SERVICE CORPORATION**

Douglas Allison
State Bar No. 01083500
LAW OFFICES OF DOUGLAS ALLISON
403 N. Tancahua Street
Corpus Christi, Texas 78401
Telephone: (361) 888-6002
Facsimile: (361) 888-6651
doug@dallisonlaw.com

and

Gregory Gowan
State Bar No. 00795384
GOWAN ELIZONDA, LLP
555 N. Carancahua, Suite 1400

Doc# 65L7496.DOCX

Corpus Christi, Texas 78401
Telephone: (361) 651-1000
Facsimile: (361) 651-1001
ggowan@gelawfirm.com
**ATTORNEYS FOR PLAINTIFFS**

Scott W. Self
FEE, SMITH, SHARP & VITULLO
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Phone: 972-934-9100
Fax: 972-934-9200
sself@feesmith.com
**ATTORNEYS FOR LASKO PRODUCTS, INC.**

Carlos Hernandez
3614 Cub Street
Corpus Christi, Texas 78405
Phone: 361-730-3177
**PRO SE DEFENDANT**

/s/ P. Clark Aspy
P. CLARK ASPY
BRAD K. DOUGLAS