# Texas Peace Officer's Crash Report (Form CR-3 1/1/2015)

Law Enforcement and TxDOT Use ONLY
☐ FATAL ☐ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Mail to: Texas Department of Transportation, Crash Data & Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call (844) 274-7457
Refer to Attached Code Sheet for Numbered Fields
*= These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured etc.).

14873796.1
72016029563

Total Num. Units: 1
Total Num. Prsns: 2
TxDOT Crash ID:
Page 1 of 3

**Crash Date (MM/DD/YYYY):** 01/03/2016
**Crash Time (24HRMM):** 0721
**Case ID:** C1600026
**Local Use:**

**County Name:** NUECES
**City Name:** CORPUS CHRISTI
☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees):
Longitude (decimal degrees):

## ROAD ON WHICH CRASH OCCURED

* 1 Rdwy. Sys.: **LR**
* Hwy. Num.:
* 2 Rdwy. Part: **1**
* Block Num.: **817**
* 3 Street Prefix:
* Street Name: **HORNE**
* 4 Street Suffix: **RD**

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit: **35**
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc:

## INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: **LR**
Hwy. Num.:
2 Rdwy. Part: **1**
Block Num.: **4100**
3 Street Prefix:
Street Name: **BARRERA**
4 Street Suffix: **DR**

Distance from Int. or Ref. Marker: **50** ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: **E**
Reference Marker:
Street Desc.:
RRX Num.:

**Unit Num.:** 1
**5 Unit Desc.:** 1
☐ Parked Vehicle
☒ Hit and Run
**LP State:** TX
**LP Num.:** CX9H331
**VIN:** KNAFE121355176586

**Veh. Year:** 2005
**6 Veh. Color:** GLD
**Veh. Make:** KIA MOTORS
**Veh. Model:** SPECTRA
**7 Body Style:** P4
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

**8 DL/ID Type:** 1
**DL/ID State:** TX
**DL/ID Num.:** 38855291
**9 DL Class:** C
**10 CDL End.:** 96
**11 DL Rest.:** 96
**DOB (MM/DD/YYYY):** 01/19/1995

**Address:** 3614 CUB ST, CORPUS CHRISTI, TX 78405

| Person Num. | 12: Prsn Type | 13: Seat Position | Name: Last, First, Middle | 14: Injury Severity | Age | 15: Ethnicity | 16: Sex | 17: Eject | 18: Restr | 19: Airbag | 20: Helmet | 21: Sol | 22: Alc Spec | Alc Result | 23: Drug Spec | 24: Drug Result | 25: Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | HERNANDEZ, CARLOS | N | 20 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |
| 2 | 2 | 1 | SANDOVAL, DAVID | N | 18 | H | 1 | 1 | 96 | 2 | 97 | N | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each unit.

☒ Owner ☐ Lessee
**Owner/Lessee name & Address:** SAUCEDA, GENEVIEVE AMANDA 650 GLAZEBROOK ST, CORPUS CHRISTI, TX 78404

**Proof of Fin. Resp:** ☐ Yes ☒ No ☐ Expired ☐ Exempt
**26 Fin. Resp. Type:**
**Fin. Resp. Name:**
**Fin. Resp. Num.:**

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** 8 LBQ 6
**27 Vehicle Damage Rating 2:**
**Vehicle Inventoried:** ☒ Yes ☐ No

**Towed By:** APOLLO TOWING
**Towed To:** 6342 HARWICK DR

---

(Unit 2 section blank)

EXHIBIT J

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | | |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | UNSAFE CHANGE FROM A DIRECT COURSE | 016160 |
| 1 | 1 | FAIL TO REMAIN AND REPORT AN ACCIDENT | 016160 |
| 1 | 1 | FAIL TO MAINTAIN FINANCIAL RESPONSIBILITY | 016160 |

## Damage

Damaged Property Other Than Vehicles | Owner's Name | Owner's Address

## CMV

Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? Yes☐ No☐ | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num.

Carrier's Corp. Name / Carrier's Primary Addr. / 30 Veh. Type

31 BusType ☐ RGVW ☐ GVWR | HazMat ☐ Yes Released ☐ No | 32 HazMat Class Num. | 32 HazMat ID Num. | 32 HazMat Class Num. | 32 HazMat ID Num. | 33 Cargo Body Style

Trailer 1 Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes☐ No☐ | Trailer 2 Unit Num. ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes☐ No☐

Sequence Of Events: 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4

## Factors & Conditions

| 36 Contributing factors | | 37 Vehicle Defects | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 22 | 23 | | | 2 | 1 | 97 | 1 | 4 | 2 | 11 |

## Investigator's Narrative Opinion of What Happened

On Sunday 1-3-16 at about 0728 hours I, A120 S/O R. Cruz 8412 was dispatched to the area of Horne Rd. and Barrera Dr. in reference to a single vehicle major traffic crash.

Upon arrival I observed Veh1- a tan 2005 Kia Spectra Tx. CX9-H331 had left the West bound roadway and jumped the curb at about 817 Horne Rd. Veh1 struck a brown AEP power line pole. The pole was located on the Gabe Lozano golf course side of the roadway. The pole that was struck was broken in two pieces and was hanging over the Horne Rd. West bound right lane. The next brown power line pole just West of the broken one was not struck, but was bent and also leaning toward the Horne Rd. West bound right lane.

I observed David Sandoval (18 years old) standing next to the rear area of Veh1 speaking to CCFD medics. Medics informed me when the arrived, David was crawling over

Field Diagram - Not to Scale

(diagram shows Gabe Lozano Golf Course on left, 817 Horne Rd. on right, with vehicle path, electric pole, and tree marked)

Time Notified (24HRMM): 0728 | How Notified: DISPATCH | Time Arrived (24HRMM): 0731 | Report Date (MM/DD/YYYY): 01/03/2016

Invest. Comp. ☐ Yes ☒ No | Investigator Name (Printed): CRUZ, RENE | ID Num. 8412

ORI Num. TX1780200 | *Agency: CORPUS CHRISTI POLICE DEPARTMENT | Service/Region/DA: A

Law Enforcement and TxDOT Use ONLY.
Form CR-3 01/01/2015

Case ID **C1600026**   TxDOT Crash ID   Page 3 of 3

*Crash Date (MM/DD/YYYY): 01/03/2016   *Crash Time (24HRMM): 0721   *County Name: NUECES

*City Name: **CORPUS CHRISTI**   *1 Rdwy. Sys.: LR   *Hwy. Num.:

*Street Name: **HORNE**

ORI Num.: TX1780200   *Agency: **CORPUS CHRISTI POLICE DEPARTMENT**   Service/Region/DA: A

**NARRATIVE CONTINUATION:**

from the front passengers seat side to exit Veh1 through the drivers door. I observed David had a large red bump with scratch marks on his top left forehead area. I also observed both of David's hands had some minor bleeding, possibly due to the shattered glass from Veh1. David appeared a little dazed and shook up. David declined Medical transport.

I spoke to David and he stated that he and his cousin SU1- Carlos Hernandez went last night to Carlos's friends house for a little get together. David stated it was close by but he did not know the address. David stated they had been drinking Budweiser beer. David stated that he and Carlos had just left the friend's house. David stated Carlos was driving Veh1 and he was the front seat passenger. David stated that they were driving West on Horne Rd. and that all of a sudden Carlos crashed. David stated he hit his head on something and had become dizzy. David stated Carlos exited the drivers door and left the accident scene by running away. David stated his front passengers door was stuck and would not open.

Carlos left David in Veh1 and did not attempt to stay and render aid. Carlos did not call Police or make an attempt to go by a near by house and get help for David who was still in Veh1 when Carlos left running.

Several minutes later, Santos Lopez arrived and stated his son Carlos had just called him and told him he had been in a crash. Santos looked at Veh1 and confirmed it belonged to Carlos. Santos then gave David a ride home.

I observed a 12oz Budweiser beer bottle that had beer spilling out of it on the front passengers side floorboard area. I also observed a brown wallet on the drivers side floorboard area that contained Carlos Hernandez's drivers license. (The wallet was tagged and placed in the CCPD property room by S/O Bruns).

Veh1 was impounded and a hold was authorized by Lt. Fraizer.

Photos taken by S/O Bruns.

Texas Peace officer's Crash Report - Code Sheet
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 1 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS 1/1/2015

## IDENTIFICATION AND LOCATION

**1. Roadway System**
- IH = Interstate
- US = US Highway
- SH = State Highway
- FM = Farm to Market
- RR = Ranch Road
- RM = Ranch to Market
- BI = Business Interstate
- BU = Business US
- BS = Business State
- BF = Business FM
- SL = State Loop
- TL = Toll Road
- AL = Alternate
- SP = Spur
- CR = County Road
- PR = Park Road
- PV = Private Road
- RC = Recreational Road
- LR = Local Road/Street (Street, Road, Ave., Blvd., Pl., Trl., Beach, Alley, Boat Ramp, etc.)

**2. Roadway Part**
- 1 = Main/Proper Lane
- 2 = Service/Frontage Road
- 3 = Entrance/On Ramp
- 4 = Exit/Off Ramp
- 5 = Connector/Flyover
- 98 = Other (Explain in Narrative)

**3. Street Prefix, Direction from Int. or Ref. Marker**
- N = North
- NE = Northeast
- E = East
- SE = Southeast
- S = South
- SW = Southwest
- W = West
- NW = Northwest

**4. Street Suffix**
- RD = Road
- ST = Street
- DR = Drive
- AVE = Avenue
- BLVD = Boulevard
- PKWY = Parkway
- LN = Lane
- FWY = Freeway
- HWY = Highway
- WAY = Way
- TRL = Trail
- LOOP = Loop
- EXPY = Expressway
- CT = Court
- CIR = Circle
- PL = Place
- PARK = Park
- CV = Cove

## VEHICLE, DRIVER, AND PERSONS

**5. Unit Description**
- 1 = Motor Vehicle
- 2 = Train
- 3 = Pedalcyclist
- 4 = Pedestrian
- 5 = Motorized Conveyance
- 6 = Towed/Trailer
- 7 = Non-Contact
- 98 = Other (Explain in Narrative)

**6. Vehicle Color**
- BGE = Beige
- BLK = Black
- BLU = Blue
- BRZ = Bronze
- BRO = Brown
- CAM = Camouflage
- CPR = Copper
- GLD = Gold
- GRY = Gray
- GRN = Green
- MAR = Maroon
- MUL = Multicolored
- ONG = Orange
- PNK = Pink
- PLE = Purple
- RED = Red
- SIL = Silver
- TAN = Tan
- TEA = Teal (green)
- TRQ = Turquoise (blue)
- WHI = White
- YEL = Yellow
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**7. Body Style**
- P2 = Passenger Car, 2-Door
- P4 = Passenger Car, 4-Door
- PK = Pickup
- AM = Ambulance
- BU = Bus
- SB = Yellow School Bus
- FE = Farm Equipment
- FT = Fire Truck
- MC = Motorcycle
- SV = Sport Utility Vehicle
- PC = Police Car/Truck
- PM = Police Motorcycle
- TL = Trailer, Semi-Trailer, or Pole Trailer
- TR = Truck
- TT = Truck Tractor
- VN = Van
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**8. Driver License/ID Type**
- 1 = Driver License
- 2 = Commercial Driver Lic.
- 3 = Occupational
- 4 = ID Card
- 5 = Unlicensed
- 98 = Other
- 99 = Unknown

**9. Driver License Class**
- A = Class A
- AM = Class A and M
- B = Class B
- BM = Class B and M
- C = Class C
- CM = Class C and M
- M = Class M
- 5 = Unlicensed
- 98 = Other/Out of State
- 99 = Unknown

**10. Commercial Driver License Endorsements**
- H = Hazardous Materials
- N = Tank Vehicles
- P = Passengers
- S = School Bus
- T = Double/Triple Trailer
- X = Tank Vehicle with HazMat
- 5 = Unlicensed
- 96 = None
- 98 = Other/Out of State
- 99 = Unknown

**11. Driver License Restrictions**
- A = With corrective lenses
- B = LOFS 21 or over
- C = Daytime only
- D = Not to exceed 45 MPH
- E = No expressway driving
- F = Must hold valid learner lic to MM/DD/YY
- G = TRC 545.424 applies until MM/DD/YY
- H = Vehicle not to exceed 26,000 lbs GVWR
- I = MC not to exceed 250 CC
- J = Licensed MC operator 21 or over in sight
- K = Moped
- L = Vehicle without airbrakes
- M = CDL Intrastate only
- N = Ignition interlock required
- O = Occ./Essent. need DL-No CMV-see court order
- Q = LOFS 21 or over vehicle above Class B
- R = LOFS 21 or over vehicle above Class C
- S = Outside rearview mirror or hearing aid
- T = Automatic transmission
- U = Applicable prosthetic device
- V = Medical variance documentation required
- W = Power steering
- X = Vehicle not to exceed Class C
- Y = Valid TX vision or limb waiver required
- Z = Applicable vehicle devices
- P1 = For Class M TRC 545.424 until MM/DD/YY
- P2 = To/From work/school
- P3 = To/From work
- P4 = To/From school
- P5 = To/From work/school or a LOFS 21 or over
- P6 = To/from work or LOFS 21 or over
- P7 = To/from school or LOFS 21 or over
- P8 = With telescopic lens
- P9 = LOFS 21 or over bus only
- P10 = LOFS 21 or over school bus only
- P11 = Bus not to exceed 26,000 lbs GVWR
- P12 = Passenger CMVs restrict to Class C only
- P13 = LOFS 21 or over in veh equip w/airbrakes
- P14 = Operation Class B exempt veh authorized
- P15 = Operation Class A exempt veh authorized
- P16 = If CMV, school bus interstate
- P17 = If CMV, government vehicles interstate
- P18 = If CMV, only trans personal prop interstate
- P19 = If CMV, trans corpse/sick/injured interstate
- P20 = If CMV, privately trans passengers interstate
- P21 = If CMV, fire/rescue interstate
- P22 = If CMV, intra-city zone drivers interstate
- P23 = If CMV, custom-harvesting interstate
- P24 = If CMV, transporting bees/hives interstate
- P25 = If CMV, use in oil/water well serv/drill
- P26 = If CMV, for operation of mobile crane
- P27 = HME expiration date MM/DD/YY
- P28 = FRSI CDL valid MM/DD/YY to MM/DD/YY
- P29 = FRSI CDL MM/DD/YY - MM/DD/YY or exempt B veh
- P30 = FRSI CDL MM/DD/YY - MM/DD/YY or exempt A veh
- P31 = Class C only - no taxi/bus/emergency veh
- P32 = Other
- 5 = Unlicensed
- 96 = None
- 98 = Other\Out of state
- 99 = Unknown

**12. Person Type**
- 1 = Driver
- 2 = Passenger/Occupant
- 3 = Pedalcyclist
- 4 = Pedestrian
- 5 = Driver of Motorcycle Type Vehicle
- 6 = Passenger/Occupant on Motorcycle Type Vehicle
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**13. Seat Position**
- 1 = Front Left
- 2 = Front Center
- 3 = Front Right
- 4 = Second Seat Left
- 5 = Second Seat Center
- 6 = Second Seat Right
- 7 = Third Seat Left
- 8 = Third Seat Center
- 9 = Third Seat Right
- 10 = Cargo Area
- 11 = Outside Vehicle
- 13 = Other in Vehicle
- 14 = Passenger in Bus
- 16 = Pedestrian, Pedalcyclist, or Motorized Conveyance
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**14. Injury Severity**
- A = Incapacitating Injury
- B = Non-Incapacitating Injury
- C = Possible Injury
- K = Killed
- N = Not Injured
- 99 = Unknown

**15. Ethnicity**
- W = White
- B = Black
- H = Hispanic
- A = Asian
- I = Amer. Indian/Alaskan Native
- 98 = Other
- 99 = Unknown

**16. Sex**
- 1 = Male
- 2 = Female
- 99 = Unknown

**17. Ejected**
- 1 = No
- 2 = Yes
- 3 = Yes, Partial
- 97 = Not Applicable
- 99 = Unknown

**18. Restraint Used**
- 1 = Shoulder and Lap Belt
- 2 = Shoulder Belt Only
- 3 = Lap Belt Only
- 4 = Child Seat, Facing Forward
- 5 = Child Seat, Facing Rear
- 6 = Child Seat, Unknown
- 7 = Child Booster Seat
- 96 = None
- 97 = Not Applicable
- 98 = Other (Explain in Narrative)
- 99 = Unknown

**19. Airbag**
- 1 = Not Deployed
- 2 = Deployed, Front
- 3 = Deployed, Side
- 4 = Deployed, Rear
- 5 = Deployed, Multiple
- 97 = Not Applicable
- 99 = Unknown

**20. Helmet Use**
- 1 = Not Worn
- 2 = Worn, Damaged
- 3 = Worn, Not Damaged
- 4 = Worn, Unk. Damage
- 97 = Not Applicable
- 99 = Unknown if Worn

**21. Solicitation**
- Y = Solicit
- N = No Solicit

**22. Alcohol Specimen Type**
- 1 = Breath
- 2 = Blood
- 3 = Urine
- 4 = Refused
- 96 = None
- 98 = Other (Explain in Narrative)

**23. Drug Specimen Type**
- 2 = Blood
- 3 = Urine
- 4 = Refused
- 96 = None
- 98 = Other (Explain in Narrative)

**24. Drug Test Result**
- 1 = Positive
- 2 = Negative
- 97 = Not Applicable
- 99 = Unknown

**25. Drug Category Type**
- 2 = CNS Depressants
- 3 = CNS Stimulants
- 4 = Hallucinogens
- 6 = Narcotic Analgesics
- 7 = Inhalants
- 8 = Cannabis
- 10 = Dissociative Anesthetics
- 11 = Multiple Drugs (Explain in Narrative)
- 97 = Not Applicable
- 98 = Other Drugs (Explain in Narrative)
- 99 = Unknown

**26. Financial Responsibility Type**
- 1 = Liability Insurance Policy
- 2 = Proof of Liability Insurance
- 3 = Insurance Binder
- 4 = Surety Bond
- 5 = Certificate of Deposit with Comptroller
- 6 = Certificate of Deposit with County Judge
- 7 = Certificate of Self-Insurance

**27. Vehicle Damage Rating**
In most cases, enter in the format XX-ABC-Y, where
XX is the Direction of Force (1-12),
ABC is the Damage Description 2- or 3-letter code, and Y is the Damage Severity (0-7).

In special cases, use:
VB-1 = vehicle burned, NOT due to collision
VB-7 = vehicle catches fire due to the collision
TP-0 = top damage only
VX-0 = undercarriage damage only
MC-1 = motorcycle, moped, scooter, etc.
NA = Not Applicable (Farm Tractor, etc.)

Texas Peace Officer's Crash Report - Code Sheet
Numbered Fields on the CR-3 Refer to the Numbered Lists on this Code Sheet. Each list includes the codes that may be entered on the form and the description of each code.

Page 2 of 2
Law Enforcement and TxDOT Use ONLY.
Form CR-3CS 1/1/2015

## COMMERCIAL MOTOR VEHICLE

**28. Vehicle Operation**
1 = Interstate Commerce
2 = Intrastate Commerce
3 = Not in Commerce
4 = Government
5 = Personal

**29. Carrier ID Type.**
1 = US DOT
2 = TxDOT
3 = ICC/MC
96 = None
98 = Other (Explain in Narrative)

**30. Vehicle Type**
1 = Passenger Car
2 = Light Truck
3 = Bus (9-15)
4 = Bus (>15)
5 = Single Unit Truck 2 Axles 6 Tires
6 = Single Unit Truck 3 or More Axles
7 = Truck Trailer
8 = Truck Tractor (Bobtail)
9 = Tractor/Semi Trailer
10 = Tractor/Double Trailer
11 = Tractor/Triple Trailer
98 = Other (Explain in Narrative)
99 = Unknown Heavy Truck

**31. Bus Type**
0 = Not a Bus
1 = School (Public or Private)
2 = Transit
3 = Intercity
4 = Charter
5 = Other
6 = Shuttle
9 = Not Reported/ Unknown

**32. Hazardous Material Class Number**
1 = Explosives
2 = Gases
3 = Flammable Liquids
4 = Flammable Solids
5 = Oxidizers and Organic Peroxides
6 = Toxic Materials and Infectious Substances
7 = Radioactive Materials
8 = Corrosive Materials
9 = Miscellaneous Dangerous Goods

**33. Cargo Body Style**
1 = Bus (9-15)
2 = Bus (>15)
3 = Van/Enclosed Box
4 = Cargo Tank
5 = Flatbed
6 = Dump
7 = Concrete
8 = Auto Transporter
9 = Garbage Refuse
10 = Grain Chips Gravel
11 = Pole
13 = Intermodal
14 = Logging
15 = Vehicle Towing Another Vehicle
97 = Not Applicable
98 = Other (Explain in Narrative)

**34. Trailer Type**
1 = Full Trailer
2 = Semi-Trailer
3 = Pole Trailer

**35. Sequence of Events**
1 = Non-Collision: Ran Off Road
2 = Non-Collision: Jackknife
3 = Non-Collision: Overturn Rollover
4 = Non-Collision: Downhill Runaway
5 = Non-Collision: Cargo Loss Or Shift
6 = Non-Collision: Explosion Or Fire
7 = Non-Collision: Separation of Units
8 = Non-Collision: Cross Median/Centerline
9 = Non-Collision: Equipment Failure
10 = Non-Collision: Other
11 = Non-Collision: Unknown
12 = Collision Involving Pedestrian
13 = Collision Involving Motor Vehicle In Transport
14 = Collision Involving Parked Motor Vehicle
15 = Collision Involving Train
16 = Collision Involving Pedalcycle
17 = Collision Involving Animal
18 = Collision Involving Fixed Object
19 = Collision With Work Zone Maintenance Equipment
20 = Collision With Other Movable Object
21 = Collision With Unknown Movable Object
98 = Other (Explain in Narrative)

## FACTORS AND CONDITIONS

**36. Factors and Conditions**
1 = Animal on Road - Domestic
2 = Animal on Road - Wild
3 = Backed without Safety
4 = Changed Lane when Unsafe
14 = Disabled in Traffic Lane
15 = Disregard Stop and Go Signal
16 = Disregard Stop Sign or Light
17 = Disregard Turn Marks at Intersection
18 = Disregard Warning Sign at Construction
19 = Distraction in Vehicle
20 = Driver Inattention
21 = Drove Without Headlights
22 = Failed to Control Speed
23 = Failed to Drive in Single Lane
24 = Failed to Give Half of Roadway
25 = Failed to Heed Warning Sign
26 = Failed to Pass to Left Safely
27 = Failed to Pass to Right Safely
28 = Failed to Signal or Gave Wrong Signal
29 = Failed to Stop at Proper Place
30 = Failed to Stop for School Bus
31 = Failed to Stop for Train
32 = Failed to Yield ROW – Emerge
33 = Failed to Yield ROW – Open Intersection
34 = Failed to Yield ROW – Private Drive
35 = Failed to Yield ROW – Stop Sign
36 = Failed to Yield ROW – To Pedestrian
37 = Failed to Yield ROW – Turning Left
38 = Failed to Yield ROW – Turn on Red
39 = Failed to Yield ROW – Yield Sign
40 = Fatigued or Asleep
41 = Faulty Evasive Action
42 = Fire in Vehicle
43 = Fleeing or Evading Police
44 = Followed Too Closely
45 = Had Been Drinking
46 = Handicapped Driver (Explain in Narrative)
47 = Ill (Explain in Narrative)
48 = Impaired Visibility (Explain in Narrative)
49 = Improper Start from Parked Position
50 = Load Not Secured
51 = Opened Door Into Traffic Lane
52 = Oversized Vehicle or Load
53 = Overtake and Pass Insufficient Clearance
54 = Parked and Failed to Set Brakes
55 = Parked in Traffic Lane
56 = Parked without Lights
57 = Passed in No Passing Lane
58 = Passed on Right Shoulder
59 = Pedestrian FTYROW to Vehicle
60 = Unsafe Speed
61 = Speeding – (Over Limit)
62 = Taking Medication (Explain in Narrative)
63 = Turned Improperly – Cut Corner on Left
64 = Turned Improperly – Wide Right
65 = Turned Improperly – Wrong Lane
66 = Turned when Unsafe
67 = Under Influence – Alcohol
68 = Under Influence – Drug
69 = Wrong Side – Approach or Intersection
70 = Wrong Side – Not Passing
71 = Wrong Way – One Way Road
73 = Road Rage
74 = Cell/Mobile Device Use - Talking
75 = Cell/Mobile Device Use - Texting
76 = Cell/Mobile Device Use - Other
77 = Cell/Mobile Device Use - Unknown
98 = Other (Explain in Narrative)

**37. Vehicle Defects**
5 = Defective or No Headlamps
6 = Defective or No Stop Lamps
7 = Defective or No Tail Lamps
8 = Defective or No Turn Signal Lamps
9 = Defective or No Trailer Brakes
10 = Defective or No Vehicle Brakes
11 = Defective Steering Mechanism
12 = Defective or Slick Tires
13 = Defective Trailer Hitch
98 = Other (Explain in Narrative)

**38. Weather Condition**
1 = Clear
2 = Cloudy
3 = Rain
4 = Sleet/Hail
5 = Snow
6 = Fog
7 = Blowing Sand/Snow
8 = Severe Crosswinds
98 = Other (Explain in Narrative)
99 = Unknown

**39. Light Condition**
1 = Daylight
2 = Dark, Not Lighted
3 = Dark, Lighted
4 = Dark, Unknown Lighting
5 = Dawn
6 = Dusk
98 = Other (Explain in Narrative)
99 = Unknown

**40. Entering Roads**
2 = Three Entering Roads – T
3 = Three Entering Roads – Y
4 = Four Entering Roads
5 = Five Entering Roads
6 = Six Entering Roads
7 = Traffic Circle
8 = Cloverleaf
97 = Not Applicable
98 = Other (Explain in Narrative)

**41. Roadway Type**
1 = Two-Way, Not Divided
2 = Two-Way, Divided, Unprotected Median
3 = Two-Way, Divided, Protected Median
4 = One-Way
98 = Other (Explain in Narrative)

**42. Roadway Alignment**
1 = Straight, Level
2 = Straight, Grade
3 = Straight, Hillcrest
4 = Curve, Level
5 = Curve, Grade
6 = Curve, Hillcrest
98 = Other (Explain in Narrative)
99 = Unknown

**43. Surface Condition**
1 = Dry
2 = Wet
3 = Standing Water
4 = Snow
5 = Slush
6 = Ice
7 = Sand, Mud, Dirt
98 = Other (Explain in Narrative)
99 = Unknown

**44. Traffic Control**
2 = Inoperative (Explain in Narrative)
3 = Officer
4 = Flagman
5 = Signal Light
6 = Flashing Red Light
7 = Flashing Yellow Light
8 = Stop Sign
9 = Yield Sign
10 = Warning Sign
11 = Center Stripe/Divider
12 = No Passing Zone
13 = RR Gate/Signal
15 = Crosswalk
16 = Bike Lane
17 = Marked Lanes
18 = Signal Light With Red Light Running Camera
96 = None
98 = Other (Explain in Narrative)

 

State of Texas
County of Nueces

# AFFIDAVIT

Before me, the undersigned authority, personally appeared Michelle Cullison, who, being by me duly sworn, deposed as follows:

My name is Michelle Cullison. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of the Corpus Christi Police Department. Attached hereto are **5 pages** of records from the Corpus Christi Police Department. These **5 pages** of records are kept by the Corpus Christi Police Department in the regular course of business of the Corpus Christi Police Department, and it was the regular course of business of the Corpus Christi Police Department for an employee or representative of the Corpus Christi Police Department, with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

**CCPD Records Requested: Accident report #C1600026**

_____
Affiant

State of Texas
County of Nueces

On this __20__ day of __February__, 201_8_. I attest that the attached document(s) and the duplicate kept in my notarial records are true and exact copies made by me from the original document described as Corpus Christi Police Department Records, presented to me by the holder of the document, the Corpus Christi Police Department, and requested to be copied, and that, to the best of my ability to determine, the original document is neither a public record nor a publicly recordable document.

_____
Notary Public, State of Texas

*(Notary seal: Susan Pulsney, Notary Public, State of Texas, Notary ID #131355602, Expires: 11-21-2021)*

**Corpus Christi Police Department ❖ 321 John Sartain ❖ Corpus Christi, TX 78401**
**(361) 886-2747 ❖ Fax: (361) 886-2746**